UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 16-01749 JGB (SPx) | Date | October 13, 2016 |
| Title | *Gerald Garwood v. Federal National Mortgage Association et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   Order to Show Cause Why Dismissal of Plaintiff's Complaint is Not Warranted for Plaintiff Gerald Garwood's Failure to Timely Oppose Defendant Federal National Mortgage Association's Motion to Dismiss

    On September 8, 2016, Defendants filed a Motion for to Dismiss (or alternatively, for a More Definite Statement) Plaintiff's Complaint. (Dkt. 18.)  The motion is set for a hearing on October 17, 2016.  Opposition papers must be filed at least twenty-one days prior to the hearing date.  See L.R. 7-9.

    Plaintiff has not filed an Opposition.  Accordingly, the Court ORDERS Plaintiff to show cause why his Complaint should not be dismissed.  Plaintiff shall respond to the order to show cause by filing an Opposition no later than **Monday, October 24, 2016**.  Plaintiff's failure to respond may result in dismissal of his case with prejudice, which would foreclose further opportunity for Plaintiff to pursue his claims.  The hearing on the motion is continued to **November 7, 2016** at 9:00 a.m.

    **IT IS SO ORDERED.**